CARL J. ORESKOVICH
Attorney at Law
HOLDEN & ORESKOVICH, P.S.
6404 North Monroe
Spokane, WA 99202
Phone:  (509)328-7700
Fax:    (509)328-9850
Email:  carl@handolaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SCOTT J. WALLS, <br><br> Defendant. | NO. CR-05-149-FVS <br><br> DECLARATION OF CARL J. ORESKOVICH |

I am the attorney representing Scott Walls in this matter.

In July, 2005, by agreement, Mr. Walls was charged in a Bill of Information with conspiracy to commit copyright infringement, in violation of Title 18, United States Code, Sections 371 and 2319(a), and Title 17, United States Code, Section 506(a)(1).  The

Declaration of Carl J. Oreskovich - 1

Holden & Oreskovich, P.S.
LAWYERS
NORTH 6404 MONROE
P.O. BOX 18929
SPOKANE, WA 99201
(509) 328-7700
(509) 328-9850 Facsimile

Information was filed in United States District Court, Western District of North Carolina, Charlotte Division, under Docket No. 3:05cr289-Mu.

Again, by agreement, the case was transferred pursuant to Federal Criminal Procedure Rule 20 to the Eastern District of Washington. The case was transferred in anticipation of arriving at a Plea Agreement following transfer and the entry of a plea in the Eastern District of Washington.

I have been in contact with Mr. Eric Klumb and Mr. Corbin Weiss with the Computer Crimes Division of the Department of Justice in Washington, D.C. We are attempting to complete the negotiations on the Plea Agreement. However, there are two areas of concern that need to be refined and resolved. This case involves complex analysis of the amount of the foreseeable loss due to the conspiracy. On Tuesday, October 18, 2005, I spoke to Mr. Klumb concerning the Justice Department's calculation of loss. Mr. Klumb has agreed to Federal Express to me discovery related to that calculation as well as documents related to the

Holden & Oreskovich, P.S.
LAWYERS
NORTH 6404 MONROE
P.O. BOX 18929
SPOKANE, WA 99201
(509) 328-7700
(509) 328-9850 Facsimile

upload and download of information found on Mr. Walls' computer during the Government's search in April, 2004.

The second issue involves the determination of substantial assistance. Mr. Walls has always been very cooperative with the Government and has been willing to enter a guilty plea to an appropriate charge. However, before we can enter a plea, we must finalize these two issues for the Plea Agreement.

I have also discussed this Motion with Mr. Russell Smoot, the AUSA who is handling this case in the Eastern District of Washington. Mr. Smoot has authorized me to represent that he has no objection to this motion.

When my office previously talked with Court staff, November 15, 2005 was an available date for hearing. I would like to advise the Court that I have two criminal trials set for November 14, 2005, one in Whitman County and one in Spokane County. I expect to be in trial in one of those jurisdictions the week of November 14.

I am not filing this motion to delay the entry of the plea. I believe that a Plea Agreement will be negotiated. However, I need the Government's discovery

Declaration of Carl J. Oreskovich - 3

HOLDEN & ORESKOVICH, P.S.
LAWYERS
NORTH 6404 MONROE
P.O. BOX 18929
SPOKANE, WA 99201
(509) 328-7700
(509) 328-9850 Facsimile

on loss computation to be able to finalize negotiations.

    Filed contemporaneously with the Defendant's motion to continue the plea hearing is a Waiver of Speedy Trial.  I have advised Mr. Walls of his speedy trial rights and believe that the waiver is done knowingly and voluntarily.

```
                        /s/Carl J. Oreskovich_____
                        CARL J. ORESKOVICH, WSBA 12779
                        Attorney for Defendant Walls
                        HOLDEN & ORESKOVICH, P.S.
                        6404 North Monroe
                        Spokane, WA  99208
                        Phone:   (509)328-7700
                        Fax:     (509)328-9850
                        Email:   carl@handolaw.com
```

Declaration of Carl J. Oreskovich - 4

Holden & Oreskovich, P.S.
LAWYERS
NORTH 6404 MONROE
P.O. BOX 18929
SPOKANE, WA 99201
(509) 328-7700
(509) 328-9850 Facsimile

**CERTIFICATE OF SERVICE**

   THE UNDERSIGNED hereby certifies that on the 20th day of October, 2005, I electronically filed the following pleading:

**Declaration of Carl J. Oreskovich**

and caused it to be electronically mailed to the following counsel:

**Russell Smoot**
**usa-wae-rsmoot@usdoj.gov**

                         /s/Carl J. Oreskovich_____
                         CARL J. ORESKOVICH, WSBA 12779
                         Attorney for Defendant Walls
                         HOLDEN & ORESKOVICH, P.S.
                         6404 North Monroe
                         Spokane, WA  99208
                         Phone:   (509)328-7700
                         Fax:     (509)328-9850
                         Email:   carl@handolaw.com

[I:\Walls\Pleadings\Declaration of CJO.10.20.05.doc]

Declaration of Carl J. Oreskovich - 5

HOLDEN & ORESKOVICH, P.S.
LAWYERS
NORTH 6404 MONROE
P.O. BOX 18929
SPOKANE, WA 99201
(509) 328-7700
(509) 328-9850 Facsimile