CARL J. ORESKOVICH
Attorney at Law
HOLDEN & ORESKOVICH, P.S.
6404 North Monroe
Spokane, WA 99202
Phone:   (509)328-7700
Fax:     (509)328-9850
Email:   carl@handolaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT J. WALLS,<br><br>Defendant. | NO.  CR-05-149-FVS<br><br>MOTION FOR SENTENCE OUTSIDE SENTENCING GUIDELINES<br><br>October 5, 2006; 10:00 a.m. |

Comes now the Defendant, SCOTT WALLS, by and through his attorney, Carl J. Oreskovich of Holden & Oreskovich, P.S., and moves this court for a reasonable sentence below the Sentencing Guidelines, pursuant to those factors set forth in 18 USC § 3553(a).

This motion is based upon the files and records herein, and the Memorandum in Support of Motion for Sentence Outside Sentencing Guidelines filed

MOTION FOR SENTENCE OUTSIDE
SENTENCING GUIDELINES - 1

HOLDEN & ORESKOVICH, P.S.
LAWYERS
NORTH 6404 MONROE
P.O. BOX 18929
SPOKANE, WA 99201
(509) 328-7700
(509) 328-9850 Facsimile

contemporaneous with this motion.

RESPECTFULLY SUBMITTED this 29th day of September, 2006.

                           HOLDEN & ORESKOVICH, P.S.

                           By/s/ Carl J. Oreskovich_____
                             CARL J. ORESKOVICH, WSBA 12779
                             Attorney for Defendant Walls
                             Scott J. Walls
                             6404 North Monroe
                             Spokane, WA  99208
                             Phone: (509)328-7700
                             Fax:   (509)328-9850
                             Email: carl@handolaw.com

MOTION FOR SENTENCE OUTSIDE
SENTENCING GUIDELINES - 2

Holden & Oreskovich, P.S.
LAWYERS
NORTH 6404 MONROE
P.O. BOX 18929
SPOKANE, WA 99201
(509) 328-7700
(509) 328-9850 Facsimile

# CERTIFICATE OF SERVICE

THE UNDERSIGNED hereby certifies that on the 29th day of September, 2006, I electronically filed the following pleading:

**Motion for Sentence Outside Sentencing Guidelines**

and caused it to be electronically mailed to the following counsel:

**Robert A Ellis**
**usa-wae-rellis@usdoj.gov**

/s/Carl J. Oreskovich
Carl J. Oreskovich

[I:\Walls\Pleadings\Motion for Sentence Outside Sentencing Guidelines.9.28.06.doc]

MOTION FOR SENTENCE OUTSIDE
SENTENCING GUIDELINES - 3

HOLDEN & ORESKOVICH, P.S.
LAWYERS
NORTH 6404 MONROE
P.O. BOX 18929
SPOKANE, WA 99201
(509) 328-7700
(509) 328-9850 Facsimile