CARL J. ORESKOVICH
Attorney at Law
HOLDEN & ORESKOVICH, P.S.
6404 North Monroe
Spokane, WA 99202
Phone:   (509)328-7700
Fax:     (509)328-9850
Email:   carl@handolaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SCOTT J. WALLS, <br><br> Defendant. | NO.  CR-05-149-FVS <br><br> MEMORANDUM IN SUPPORT OF MOTION FOR SENTENCE OUTSIDE SENTENCING GUIDELINES <br><br> October 5, 2006; 10:00 a.m. |

COMES NOW the Defendant, SCOTT WALLS, by and through his attorney, Carl J. Oreskovich of Holden & Oreskovich, P.S., and sets forth the following Memorandum in Support of Sentence Outside Guideline Range.

**1.   Review of Presentence Investigation**

The Defendant has reviewed the Presentence Report, as well as the Addendum Presentence Report, and has no

MEMORANDUM IN SUPPORT OF
MOTION FOR SENTENCE OUTSIDE
SENTENCING GUIDELINES - 1

HOLDEN & ORESKOVICH, P.S.
LAWYERS
NORTH 6404 MONROE
P.O. BOX 18929
SPOKANE, WA 99201
(509) 328-7700
(509) 328-9850 Facsimile

objections.

**2. <u>Offense Level</u>**

The Defendant agrees that the base offense level is eight (8) as outlined in the PSR. (PSR, PG. 6, ¶21). The Defendant further agrees that the base offense level is increased by ten (10) levels due to the amount of loss being determined to be $175,000, (PSR, pg. 6, ¶22), and increased two (2) levels due to the offense involving the manufacture, importation, or uploading of infringing items. (PSR, pg. 6, ¶23). If the Court grants a three (3)-level reduction for timely acceptance of responsibility, pursuant to U.S.S.G. § 3E1.1 and Plea Agreement pg. 9, ¶8©, *the adjusted offense level would be seventeen (17)*.

**3. <u>Criminal History Category</u>**

The Defendant agrees that the Criminal History Category is I (PSR pg. 8, ¶43).

**4. <u>Government's Motion for Downward Departure</u>**

The United States has moved for a 5-level departure pursuant to U.S.S.G. § 5K1. The Defendant requests that the Court give, at a minimum, a 5-level departure,

MEMORANDUM IN SUPPORT OF
MOTION FOR SENTENCE OUTSIDE
SENTENCING GUIDELINES - 2

HOLDEN & ORESKOVICH, P.S.
LAWYERS
NORTH 6404 MONROE
P.O. BOX 18929
SPOKANE, WA 99201
(509) 328-7700
(509) 328-9850 Facsimile

requested by the Government pursuing to U.S.S.G. § 5K1.1 for the Defendant's substantial assistance. The resulting offense level would be a level 12, with a Criminal History Category 1, and would provide for a Zone C sentence of 10 to 16 months of imprisonment. The Government has recommended 10 months of imprisonment, the low end of the guideline.

**5.  Motion for Sentence Outside the Guidelines**

The Defendant moves this Court, pursuant to 18 USC § 3553(a), for a sentence of probation, pursuant to either Zone A or Zone B of the Guidelines (U.S.S.G. § 5C1.1), which is a sentence below the Guideline range of 10 to 16 months. Defendant's request is based upon the nature and circumstances of the offense, the history and characteristics of the Defendant, as well as the Defendant's participation in the offense.

**6.  Applicable Law**

A post-*Booker* sentence imposed under the advisory Sentencing Guidelines is reviewed for reasonableness. *See* United States v. Booker, 543 U.S. 220, 261, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005); United States v.

MEMORANDUM IN SUPPORT OF
MOTION FOR SENTENCE OUTSIDE
SENTENCING GUIDELINES - 3

HOLDEN & ORESKOVICH, P.S.
LAWYERS
NORTH 6404 MONROE
P.O. BOX 18929
SPOKANE, WA 99201
(509) 328-7700
(509) 328-9850 Facsimile

Cantrell, 433 F.3d 1269, 1280 (9th Cir.2006).

A district court should use the Guidelines as a starting point to calculate a sentence, but cannot presume the Sentencing Guidelines prescribe the appropriate sentence absent proof to the contrary. See United States v. Zavala, 443 F.3d 1165, 1170 (9th Cir.2006).

18 USC § 3553(a), in pertinent part, sets forth the factors a sentencing court should consider in fashioning a reasonable sentence. It states the court shall impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph (2) of this subsection. The court, in determining the particular sentence to be imposed, shall consider:

   **(1)** the nature and circumstances of the offense and the history and characteristics of the defendant;

   **(2)** the need for the sentence imposed.

   **(3)** the kinds of sentences available;

MEMORANDUM IN SUPPORT OF
MOTION FOR SENTENCE OUTSIDE
SENTENCING GUIDELINES - 4

HOLDEN & ORESKOVICH, P.S.
LAWYERS
NORTH 6404 MONROE
P.O. BOX 18929
SPOKANE, WA 99201
(509) 328-7700
(509) 328-9850 Facsimile

**(4)** the kinds of sentence and the sentencing range established for.

**(5)** any pertinent policy statement.

**(6)** the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and

**(7)** the need to provide restitution to any victims of the offense.

In the "broader appraisal," available to district courts after Booker, courts can justify consideration of family responsibilities, an aspect of the defendant's "history and characteristics," 18 USC § 3553(a)(1), for reasons extending beyond the Guidelines. "District courts now ··· have the discretion to weigh a multitude of mitigating and aggravating factors that existed at the time of mandatory Guidelines sentencing, but were deemed 'not ordinarily relevant,' such as age, education and vocational skills, mental and emotional conditions, employment record, and *family ties and responsibilities*." United States v. Ameline, 409 F.3d 1073, 1093 (9th Cir.2005) (en banc) (Wardlaw, J., concurring in part and dissenting in part) (emphasis added). The difficulty of providing appropriate care for a child of a single parent may, when balanced against factors such as the nature of the offense, § 3553(a)(1), deterrence to criminal conduct, § 3553(a)(2)(B), and protection of the public, §

MEMORANDUM IN SUPPORT OF
MOTION FOR SENTENCE OUTSIDE
SENTENCING GUIDELINES - 5

HOLDEN & ORESKOVICH, P.S.
LAWYERS
NORTH 6404 MONROE
P.O. BOX 18929
SPOKANE, WA 99201
(509) 328-7700
(509) 328-9850 Facsimile

3553(a)(2)(C), warrant a sentence outside the Guidelines.

**B.   Personal Characteristics and History of the Defendant**

The Defendant, Scott Walls, was born on January 16, 1960, in Fort Riley, Kansas.  He is 46 years old, has been married twice, and has two children, ages 23, 18 from his first marriage, and one child, age 12, from his second.  He has been married to Leslie Walls since 1992, and their 12 year old resides in their home.

Mr. Walls has a limited education.  He attended Bozeman Sr. High School in Bozeman, Montana, through the 11th grade, and ultimately obtained a GED Certificate.  Mr. Walls has a long and extensive employment history.  In particular, he has loyally worked for the MGM Grand, Inc., an excavation company located in Airway Heights, Washington, since 1988.  He began his career with MGM Grand, Inc. as a laborer, and worked up through the ranks as a job foreman.  For the past two years, he has been project manager for the company.  Those job responsibilities include estimating

MEMORANDUM IN SUPPORT OF
MOTION FOR SENTENCE OUTSIDE
SENTENCING GUIDELINES - 6

HOLDEN & ORESKOVICH, P.S.
LAWYERS
NORTH 6404 MONROE
P.O. BOX 18929
SPOKANE, WA 99201
(509) 328-7700
(509) 328-9850 Facsimile

job bids, billing, project management and running the office computer network. With the exception of a basic computer training, Mr. Walls' computer skills have been self learned.

Uniquely, for the last 10 years, Scott and Leslie Walls have been caretakers of children suffering from Downs Syndrome. The involvement began when a member of their church advised them of a young boy who was suffering from Downs Syndrome who was without a home to live. The Walls obtained training and took the child into their home for several years. Most recently, for the past 8 years, Mr. and Mrs. Walls have been the caretakers of JB, another Downs Syndrome person. Mr. and Mrs. Walls share the 24 hour responsibility of taking care of JB in their home. The Defendant, Scott Walls, works at his job at MGM Grand 5 days a week and returns home to provide care for JB in the evenings, and spends each Saturday and Sunday with him. As the Court may be well aware of, the responsibilities of taking care of a person with Downs Syndrome is significant, onerous and emotionally draining. It is a

MEMORANDUM IN SUPPORT OF
MOTION FOR SENTENCE OUTSIDE
SENTENCING GUIDELINES - 7

HOLDEN & ORESKOVICH, P.S.
LAWYERS
NORTH 6404 MONROE
P.O. BOX 18929
SPOKANE, WA 99201
(509) 328-7700
(509) 328-9850 Facsimile

task that Mrs. Walls cannot perform on her own, if, in fact, Scott Walls is incarcerated. Albeit that Mr. and Mrs. Walls have never adopted JB, he has been a member of their family for the past 8 years. He is loved and taken care of. The role of Mr. and Mrs. Walls as caretakers of JB, and their relationship with him is a unique, personal and family characteristic that this Court should consider in imposing a sentence below the Guidelines.

Defendant submits that an additional factor under 18 USC § 3553(a) exists that in a reasonable exercise of discretion favors a sentence below the advisory Guideline range.

Information charges a conspiracy to commit copyright infringement beginning in November, 2002, through April 24, 2004. At the ending date of the conspiracy, Mr. Walls' home was search, he confessed his involvement to the FBI and then became a significant contributor to later search warrants and indictments. The Defendant recognizes that Government has moved this Court for a 5-level departure based upon

MEMORANDUM IN SUPPORT OF
MOTION FOR SENTENCE OUTSIDE
SENTENCING GUIDELINES - 8

HOLDEN & ORESKOVICH, P.S.
LAWYERS
NORTH 6404 MONROE
P.O. BOX 18929
SPOKANE, WA 99201
(509) 328-7700
(509) 328-9850 Facsimile

the Defendant's substantial assistance.

However, the defense would like to make two additional points to this Court for its consideration.

First, despite the charging period of the conspiracy (November, 2002 through April 24, 2004) the evidence indicates that the Defendant terminated his participation in the conspiracy in February, 2004, some 2 months prior to the date of its discovery and disclosure.  Evidence offered at the time of the sentencing will establish that the Defendant, who had a limited high school education and who predominately was self-taught in computer skills, became involved with a group of persons who were trading software and movies. The Defendant was intensely curious about computers and became more involved.  Ultimately, the evidence will show that the Defendant realized that the scope of the criminal activity was significant and that his actions were wrongful.  He did not want to continue.  He did not want to put his family at jeopardy and ceased participation.

Second, the investigation also showed that the

MEMORANDUM IN SUPPORT OF
MOTION FOR SENTENCE OUTSIDE
SENTENCING GUIDELINES - 9

HOLDEN & ORESKOVICH, P.S.
LAWYERS
NORTH 6404 MONROE
P.O. BOX 18929
SPOKANE, WA 99201
(509) 328-7700
(509) 328-9850 Facsimile

Defendant did not participate in the criminal activity for monetary remuneration. His involvement allowed him to download movies and other entertainment items for his personal use. Defendant concedes that personal use is personal gain. However, Defendant submits that it is a distinction that merits consideration by this Court.

18 USC § 3553(a) directs the Court when imposing a reasonable sentence to consider the types of sentences available. With an offense level of 12, criminal history category of 1, the Defendant falls within Zone C of the Guideline range. The most lenient sentence the Court can give is to split its sentence between imprisonment and home detention. U.S.S.G. § 5C1.1(d). If the Court were to follow the Government's recommendation and impose the low end of the sentence, i.e., 10 months, Mr. Walls would be required to serve 5 months in imprisonment. The affects of imprisonment would be devastating and would preclude the Walls taking care of the Down Syndrome child, and would result in the loss of Mr. Walls' job, income and

MEMORANDUM IN SUPPORT OF
MOTION FOR SENTENCE OUTSIDE
SENTENCING GUIDELINES - 10

HOLDEN & ORESKOVICH, P.S.
LAWYERS
NORTH 6404 MONROE
P.O. BOX 18929
SPOKANE, WA 99201
(509) 328-7700
(509) 328-9850 Facsimile

ability to support his family.

In this case, a sentence of 10 months is not a reasonable sentence under 18 USC § 3553(a). Rather, considering the personal characteristics and history of this Defendant, the nature of the offense and his role in the offense, the Defendant submits that a sentence of probation under a Zone A, U.S.S.G. § 5C1.1(b) or a sentence of probation under Zone B, U.S.S.G. § 5C1.1(c)(3) that includes home detention as a substitute for imprisonment would be a reasonable sentence under the circumstances and would allow Mr. Walls to continue his 18 year employment with MGM Grand, and continue to provide support for his family and continue his responsibilities as a caregiver of a Down Syndrome child.

MEMORANDUM IN SUPPORT OF
MOTION FOR SENTENCE OUTSIDE
SENTENCING GUIDELINES - 11

HOLDEN & ORESKOVICH, P.S.
LAWYERS
NORTH 6404 MONROE
P.O. BOX 18929
SPOKANE, WA 99201
(509) 328-7700
(509) 328-9850 Facsimile

RESPECTFULLY SUBMITTED this 29th day of September, 2006.

                HOLDEN & ORESKOVICH, P.S.


                By/s/ Carl J. Oreskovich_____
                  CARL J. ORESKOVICH, WSBA 12779
                  Attorney for Defendant Walls
                  Scott J. Walls
                  6404 North Monroe
                  Spokane, WA  99208
                  Phone: (509)328-7700
                  Fax:   (509)328-9850
                  Email: carl@handolaw.com

MEMORANDUM IN SUPPORT OF
MOTION FOR SENTENCE OUTSIDE
SENTENCING GUIDELINES - 12

HOLDEN & ORESKOVICH, P.S.
LAWYERS
NORTH 6404 MONROE
P.O. BOX 18929
SPOKANE, WA 99201
(509) 328-7700
(509) 328-9850 Facsimile

**CERTIFICATE OF SERVICE**

THE UNDERSIGNED hereby certifies that on the 29th day of September, 2006, I electronically filed the following pleading:

**Memorandum in Support of Motion for Sentence Outside Sentencing Guidelines**

and caused it to be electronically mailed to the following counsel:

**Robert A Ellis**
**usa-wae-rellis@usdoj.gov**

                                      /s/Carl J. Oreskovich
                                      Carl J. Oreskovich

[I:\Walls\Pleadings\Motion for Sentence Outside Sentencing Guidelines.9.28.06.doc]

MEMORANDUM IN SUPPORT OF
MOTION FOR SENTENCE OUTSIDE
SENTENCING GUIDELINES - 13

HOLDEN & ORESKOVICH, P.S.
LAWYERS
NORTH 6404 MONROE
P.O. BOX 18929
SPOKANE, WA 99201
(509) 328-7700
(509) 328-9850 Facsimile